IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN KYLE CREWS, ENS LEGIS,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3500

Opinion filed October 6, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Steven Kyle Crews, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       DENIED. See Fla. R. App. P. 9.141(c)(5)(A).

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.